*1110 519 U. S. 1076;
519 U. S. 1055;
*1111 No. 96-423.
No. 96-809.
No. 96-835.
No. 96-5170.
No. 96-6427.
No. 96-6517.
No. 96-6617.
No. 96-6668.
No. 96-6737.
No. 96-6813.
No. 96-6932.
519 U. S. 1040;
519 U. S. 1059;
519 U. S. 1078;
519 U. S. 883;
519 U. S. 1062;
519 U. S. 1064;
519 U. S. 1081;
519 U. S. 1095;
519 U. S. 1096;
519 U. S. 1068; and
519 U. S. 1054. Petitions for rehearing denied.